## PRAIRIE PIPE LINE CO. v. PICKETT, Co. Treas.

No. 11793—Opinion Filed Sept. 16, 1924.

### Appeal and Error—Absence of Answer Brief —Reversal.

Where the defendant in error fails to file brief and the brief of the plaintiff in error appears reasonably to support the assignments of error. the judgment of the trial court will be reversed.

(Syllabus by Estes, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Creek County; Lucien B. Wright, Judge.

Action by The Prairie Pipe Line Company, a corporation, against Enos R. Pickett, County Treasurer of Creek County, to recover excess taxes paid under protest. Judgment for defendant. Plaintiff appeals. Reversed.

T. J. Flannelly, Paul B. Mason, and West, Sherman, Davidson & Moore, for plaintiff in error.

Tom Wallace, Co. Atty., and Wayne B. Lasater, Asst. Co. Atty., for defendant in error.

Opinion by ESTES, C. This is a companion case, and consolidated in this court with No. 11792. Prairie Oil & Gas Co. v. Pickett, Co. Treas., 100 Okla. 288. The record is in the same condition with respect to defendant in error. On the same grounds shown in said case, the judgment of the trial court is reversed and this cause remanded with direction to enter judgment for plaintiff in error.

By the Court: It is so ordered.